THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ALEX ECHEVARRIA, Appellant.

Submitted April 2, 2012; decided April 26, 2012

Reported below, 89 AD3d 545.

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAYSHAWN P. HANDY, Appellant.

Submitted April 9, 2012; decided April 26, 2012

Reported below, 83 AD3d 1454.

Motion for assignment of counsel granted and Timothy P. Donaher, Esq., Monroe County Public Defender, 10 N. Fitzhugh Street, Rochester, New York 14614 assigned as counsel to the appellant on the appeal herein.

---

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MALIK HOWARD, Appellant.

Submitted April 23, 2012; decided April 26, 2012

Reported below, 92 AD3d 176.

Motion for assignment of counsel granted and Richard M. Greenberg, Esq., Office of the Appellate Defender, 11 Park Place, Suite 1601, New York, NY 10007 assigned as counsel to the appellant on the appeal herein.